UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REPUBLIC NATIONAL DISTRIBUTING COMPANY, LLC,

    Petitioner,

-against-

BREAKTHRU BEVERAGE GROUP, LLC,

    Respondent.

24-MC-27 (LAK) (BCM)

**ORDER REGARDING GENERAL PRETRIAL MANAGEMENT**

**BARBARA MOSES, United States Magistrate Judge.**

    The above-referenced action has been referred to Magistrate Judge Barbara Moses for general pretrial management, pursuant to 28 U.S.C. § 636(b)(1)(A). All pretrial motions and applications must be made to Judge Moses and in compliance with this Court's Individual Practices in Civil Cases, available on the Court's website at https://nysd.uscourts.gov/hon-barbara-moses.

    In accordance with the District Judge's Order dated January 31, 2024 (Dkt. 8), respondent shall file its response brief no later than **February 9, 2024**, and petitioner shall file its reply brief no later than **February 19, 2024**.

    Parties and counsel are cautioned that requests to adjourn a court conference or other court proceeding (including a telephonic court conference) or to extend a deadline must be made in writing and in compliance with § 2(a) of Judge Moses's Individual Practices. Telephone requests for adjournments or extensions will not be entertained.

    In accordance with § 2(g) of Judge Moses's Individual Practices, courtesy copies of all formal motion papers, marked as such, must be delivered by hand, mail, or courier promptly after filing. Courtesy copies should bear the ECF header generated at the time of electronic filing and include protruding tabs for any exhibits. Bulky materials should be neatly bound or placed in 3-ring binders with appropriate dividers.

Dated: New York, New York
       February 7, 2024

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**