UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  3/5/2024
```

REPUBLIC NATIONAL DISTRIBUTING
COMPANY, LLC,

      Petitioner,                    24-MC-27 (LAK) (BCM)

  -against-                                      **ORDER**

BREAKTHRU BEVERAGE GROUP, LLC,

      Respondent.

**BARBARA MOSES, United States Magistrate Judge.**

    The argument scheduled for March 8, 2024, at 10:00 a.m. will take place via Microsoft Teams. Should members of the public wish to listen, they may do so by dialing (646) 453-4442 and entering Phone Conference ID 463 068 472#. The Court will send a videoconference link to the parties via email.

Dated: New York, New York
      March 5, 2024

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**